# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Gerald Barrett, Jr., Petitioner.

Appellate Case No. 2016-001306

———————

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

———————

Appeal From Beaufort County
The Honorable Kristi Lea Harrington, Circuit Court
Judge

———————

Opinion No. 27752
Heard November 15, 2017 – Filed November 22, 2017

———————

## CERTIORARI DISMISSED AS IMPROVIDENTLY
## GRANTED

———————

Appellant Defender David Alexander, of Columbia, for
Petitioner.

Attorney General Alan McCrory Wilson and Assistant
Attorney General William M. Blitch, Jr., both of
Columbia, and Solicitor Isaac McDuffie Stone, III, of
Bluffton, all for Respondent.

———————

**PER CURIAM:** We granted Gerald Barrett's petition for a writ of certiorari to review the court of appeals' decision in *State v. Barrett*, 416 S.C. 124, 785 S.E.2d 387 (Ct. App. 2016). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**HEARN, Acting Chief Justice, FEW and JAMES, JJ., and Acting Justices Arthur Eugene Morehead, III, and Jan B. Bromell Holmes, concur.**